UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GERARDO SOLANA,

                Plaintiff,

-against-

MARGARITA MORALES,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
08-CV- 2844 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 0 6 2008 ★
BROOKLYN OFFICE

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on August 1, 2008, dismissing the complaint for lack of subject matter jurisdiction; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the complaint is dismissed for lack of subject matter jurisdiction; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
        August 05, 2008

                                                      s/Robert C. Heinemann
                                                      ROBERT C. HEINEMANN
                                                        Clerk of Court